NOTE: CHANGES MADE BY COURT

# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| THUNDER ENERGY SOLUTIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> DEEP ROOTS ENERGY SERVICES, LLC; JORDAN ZAKOVEC, Individually; RICK FRAME, Individually; JAMES DANIEL MOODY, Individually; and SUSAN MOODY, Individually, <br><br> *Defendants.* <br><br> ──────────────────── <br><br> RICK FRAME, Individually, <br><br> *Cross-Claimant,* <br><br> v. <br><br> JORDAN ZAKOVEC, Individually; and JOSH BAILEY, Individually, <br><br> *Cross-Defendants*. | Case No. 8:22-cv-01223-FWS-ADS <br><br> District Judge: Fred W. Slaughter <br> Magistrate Judge: Autumn D. Spaeth <br><br> **ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE [FRCP SECTION 41(A)(2)]** |

On August 7, 2023, at 8:30 a.m., in Dept. 10D of the above-entitled Court, before the Honorable Fred W. Slaughter, Attorney Vincent T. Martinez ("Attorney Martinez"), of the law firm Twitchell and Rice, LLP, counsel for Plaintiff THUNDER ENERGY SOLUTIONS, LLC ("Plaintiff"), appeared for the hearing on the final Pre-Trial Conference. (Dkt. 69.)

Attorney Martinez, having represented that Plaintiff confirmed and consented its authorization to dismiss with prejudice the above-entitled matter, and the court having considered the matter, **ORDERS** the following:

1. Plaintiff's Complaint (Dkt. 1) is **DISMISSED WITH PREJUDICE**.

2. Any and all pending deadlines and hearings in the above-captioned case are **VACATED**.

3. Plaintiff's Withdrawal of Request for Jury Trial and Request for Trial by Declaration (Dkt. 66) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: August 8, 2023

*[signature]*

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE